UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MICHAEL TODD BAILEY                                                                                    PLAINTIFF

v.                                              Case No. 5:20-cv-05078

SHERIFF TIM HELDER, et al.                                                                         DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 14) from United States Magistrate Judge Mark E. Ford. Plaintiff has filed objections (Docs. 15, 16). The Magistrate recommends that the Court grant Defendants' motion (Doc. 9) to dismiss Separate Defendant Sheriff Tim Helder. The Court has conducted a de novo review of those portions of the report and recommendation to which Plaintiff has objected. 28 U.S.C. § 636(b)(1)(C). Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate's findings, which otherwise contain no clear error. The report and recommendation is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendants' motion to dismiss (Doc. 9) is GRANTED and all claims against Sheriff Tim Helder are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 12th day of August, 2020.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE